1  DANIEL JOHNSON, JR.
MICHAEL J. LYONS
2  MICHAEL F. CARR
WALTER SCOTT TESTER
3  MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
4  3000 EI Camino Real, Suite 700
Palo Alto, CA 94306-2122
5  Tel: 650.843.4000
Fax: 650.843.4001
6  Email: djjohnson@morganlewis.com
Email: mlyons@morganlewis.com
7  Email: mcarr@morganlewis.com
Email: stester@morganlewis.com
8
ROBERT SMYTH, PH.D.
9  TODD B. BUCK, PH.D.
1111 Pennsylvania Avenue, NW
10  Washington, DC 20004
Tel: 202.739.3000
11  Fax: 202.739.3001
Email: rsmyth@morganlewis.com
12  Email: tbuck@morganlewis.com
13  Attorneys for Plaintiffs
ELI LILLY AND COMPANY and
14  IMCLONE SYSTEMS LLC

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

Attorneys for Defendant
GENENTECH, INC.

DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN )
jlipner@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone: 310-
Facsimile:

Attorney for D
CITY OF HOPE

GRANTED
Judge Yvonne Gonzalez Rogers
3/29/13

15  IN THE UNITED STATES DISTRICT COURT

16  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  OAKLAND DIVISION

| 18  ELI LILLY AND COMPANY, and IMCLONE SYSTEMS LLC, | Case No. 4:13-cv-00919-YGR |
|---|---|
| 19 | **STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT OF INVALIDITY, UNENFORCEABILITY, AND NONINFRINGEMENT** |
| 20  Plaintiffs, | |
| 21  v. | |
| 22  GENENTECH, INC., and CITY OF HOPE | Ctrm:   5, 2nd Floor |
| 23  Defendants. | Judge:  Honorable Yvonne Gonzalez Rogers |

24
25
26
27
28

1    Plaintiffs Eli Lilly and Company and ImClone Systems LLC (collectively "Lilly") and

2   Defendants Genentech, Inc. and City of Hope (collectively "Defendants"), pursuant to Civil Local Rules

3   6-1 and 6-2, respectfully request that the Court enter the following stipulation regarding the time for

4   Defendants to answer or otherwise respond to Plaintiffs' Complaint for Declaratory Judgment of

5   Invalidity, Unenforceability, and Noninfringement.  The parties now AGREE and STIPULATE to extend

6   the time to answer or otherwise respond to the Amended Complaint by thirty days, from March 22, 2013

7   to April 22, 2013.

8    **1.    Reason for the Extension of Time.**

9    At the request of Defendants, the parties have met and conferred and jointly agree, for the

10  convenience of the parties, to the requested extension.

11   **2.    Prior Time Modifications.**

12   There have been no previous time modifications in this case.

13   **3.    Effect of Modification.**

14   The requested extension will have no effect on the rest of the schedule in this action.

15  **IT IS SO STIPULATED.**

16  Dated:  March 18, 2013                                MORGAN, LEWIS & BOCKIUS LLP

17                                                  By:    */s/ Daniel Johnson, Jr.*
                                                          DANIEL JOHNSON, JR.
18
                                                  Attorneys for Plaintiffs
19                                                ELI LILLY AND COMPANY and
                                                  IMCLONE SYSTEMS LLC
20

21  Dated:  March 18, 2013                                DURIE TANGRI LLP

22                                                  By:    */s/ Daralyn J. Durie*
                                                          DARALYN J. DURIE
23
                                                  Attorneys for Defendant
24                                                GENENTECH, INC.

25  Dated:  March 18, 2013                                IRELL & MANELLA LLP

26                                                  By:    */s/ David I. Gindler*
                                                          DAVID I. GINDLER
27
                                                  Attorney for Defendant
28                                                CITY OF HOPE

STIP EXTENSION OF TIME TO RESPOND TO PLTFFS' COMP FOR DECLARATORY JUDGMENT OF
INVALIDITY, UNENFORCEABILITY, & NONINFRINGEMENT/CASE NO. 4:13-CV-00919-YGR

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Daralyn J. Durie, attest that concurrence in the filing of this document has been obtained.

Dated:  March 18, 2013

*/s/ Daralyn J. Durie*
DARALYN J. DURIE

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on March 18, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Daralyn J. Durie*
Daralyn J. Durie

STIP EXTENSION OF TIME TO RESPOND TO PLTFFS' COMP FOR DECLARATORY JUDGMENT OF INVALIDITY, UNENFORCEABILITY, & NONINFRINGEMENT/CASE NO. 4:13-CV-00919-YGR