DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
GENEVIEVE P. ROSLOFF (SBN 258234)
grosloff@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

*(additional counsel on following page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY, and IMCLONE SYSTEMS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GENENTECH, INC., and CITY OF HOPE<br><br>Defendants. | Case No. 4:13-cv-00919-YGR<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Ctrm:   5, 2nd Floor<br>Judge:  Honorable Yvonne Gonzalez Rogers |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
KENNETH GALLO (*Pro Hac Vice*)
kgallo@paulweiss.com
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone:	202-223-7300
Facsimile:	202-223-7420

ERIC ALAN STONE (*Pro Hac Vice*)
estone@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:	212-373-3000
Facsimile:	212-757-3990

Attorneys for Defendant GENENTECH, INC.

IRELL & MANELLA LLP
DAVID I. GINDLER (SBN 117824)
dgindler@irell.com
JOSEPH M. LIPNER (SBN 155735)
jlipner@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067-4276
Telephone:	310-277-1010
Facsimile	310-203-7199

Attorneys for Defendant CITY OF HOPE

MAYER BROWN LLP
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2122
Telephone:	650-331-2000
Facsimile:	650-331-2060

LISA FERRI (to be admitted *Pro Hac Vice*)
lferri@paulweiss.com
RICHARD MCCORMICK (to be admitted *Pro Hac Vice*)
rmccormick@mayerbrown.com
1675 Broadway
New York, NY 10016-5820
Telephone:	212-506-2500
Facsimile:	212-262-1910

Attorneys for Plaintiff BRISTOL-MYERS SQUIBB CO.

Pursuant to Civil Local Rule 3-12, the parties to the *Bristol-Myers Squibb* case submit this Administrative Motion to consider whether the action captioned *Bristol-Myers Squibb Company v. Genentech, Inc. and City of Hope*, No. 3:13-cv-02045-SI, filed May 3, 2013, and currently pending in the Northern District of California before the Honorable Susan Illston, should be related to *Eli Lilly & Co. and Imclone Systems, LLC v. Genentech, Inc. and City of Hope*, Case No. 4:13-cv-00919-YGR (the "*Lilly* case"). This Stipulation is entered into by and among all parties to *Bristol-Myers Squibb Company v. Genentech, Inc. and City of Hope*, No. 3:13-cv-02045-SI (the "*Bristol-Myers Squibb* case"), by and through their respective counsel: Plaintiffs in the *Lilly* case have not indicated if they will support or oppose this motion.

Civil Local Rule 3-12(a) states that an action is related to another when the actions "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both prerequisites are satisfied here. Both the *Bristol-Myers Squibb* case and the *Lilly* case involve the same intellectual property – U.S. Patent No. 6,331,415 (the "Cabilly II patent") and U.S. Patent No. 7,923,221 (the "Cabilly III patent"). *See* Declaration of Genevieve P. Rosloff, Exs. A & B. The defendants in each case are Genentech and City of Hope. Both cases also involve the product Erbitux®, *see id.*, which is manufactured and supplied by the plaintiffs in the *Lilly* case and sold by the plaintiff in the *Bristol-Myers Squibb* case. *See* Rosloff Decl. Ex. B at ¶ 24. The cases thus share common legal and factual issues.

Given the similarities between the *Bristol-Myers Squibb* case and the *Lilly* case, it is likely that treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Accordingly, the parties to the *Bristol-Myers Squibb* case respectfully request that the *Bristol-Myers Squibb* case be deemed related to the *Lilly* case and reassigned to the Honorable Yvonne Gonzalez Rogers.

///
///
///
///

Counsel for Genentech and City of Hope attempted to reach an agreement and stipulation with counsel for Lilly, but Lilly was not willing to take a position on this Motion at this time. Rosloff Decl. ¶ 4 and Ex. C. All parties to the *Bristol-Myers Squibb* case stipulate to the relief sought by this Administrative Motion.

Dated: May 23, 2013  DURIE TANGRI LLP

By:  */s/ Genevieve P. Rosloff*
GENEVIEVE P. ROSLOFF

Attorneys for Defendant
GENENTECH, INC.

Dated: May 23, 2013  IRELL & MANELLA LLP

By:  */s/ David I. Gindler*
DAVID I. GINDLER

Attorneys for Defendant
CITY OF HOPE

Dated: May 23, 2013  MAYER BROWN LLP

By:  */s/ Richard McCormick*
RICHARD MCCORMICK

Attorneys for Plaintiff BRISTOL-MYERS SQUIBB CO.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, *Genevieve P. Rosloff*, attest that concurrence in the filing of this document has been obtained.

Dated: May 23, 2013  */s/ Genevieve P. Rosloff*
GENEVIEVE P. ROSLOFF

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on May 23, 2013 with a copy of this document via the Court's CM/ECF system.

*/s/ Genevieve P. Rosloff*
GENEVIEVE P. ROSLOFF