**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELI LILLY AND COMPANY, IMCLONE SYSTEMS LLC,** | Case No.: 13-CV-0919 YGR |
| Plaintiffs, | **ORDER** |
| v. | |
| **GENENTECH, INC., CITY OF HOPE,** | |
| Defendants. | |

Now before the Court are three pending motions: (1) Defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a); (2) Defendants' motion for partial dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6); and (3) Plaintiffs' motion to seal a document filed in connection with their opposition to the Rule 12(b)(6) motion.

The parties are hereby advised that the Court will be taking argument only on the motion to transfer venue at the July 23, 2013 motion hearing. If the case is not transferred, the Court may invite argument on the other motions at a later date.

**IT IS SO ORDERED**.

Dated: **July 22, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**